FILED

2024 Aug-09  PM 04:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

## ALABAMA SJIS CASE DETAIL

PREPARED FOR: VALENTINA HUGHES
8/9/2024 10:13:46 AM

*alacourt.com*

County: **75**      Case Number: **CV-2024-900165.00**      Court Action:

Style: **TONECHAE WILLIAMS V. WKW NORTH AMERICA, LLC**

`Real Time`

### Case

#### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **75-ST. CLAIR - PELL CITY** | Case Number: | **CV-2024-900165.00** | Judge: | **PKS:PHIL K SEAY** |
| Style: | **TONECHAE WILLIAMS V. WKW NORTH AMERICA, LLC** | | | | |
| Filed: | **07/08/2024** | Case Status: | **ACTIVE** | Case Type: | **NEGLIGENCE-GENERAL** |
| Trial Type: | **JURY** | Track: | | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **1** | | |

#### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | **0.00** | Punitive Damages: | **0.00** | General Damages: | **0.00** |
| No Damages: | | Compensatory Damages: | **0.00** | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

#### Court Action

| | | | | |
|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: |
| Num of Trial days: | 0 | Num of Liens: | 0 | Judgment For: |
| Dispositon Date of Appeal: | | Disposition Judge: : | | Disposition Type: |
| Revised Judgement Date: | | Minstral: | | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | |

#### Comments

Comment 1:
Comment 2:

#### Appeal Information

| | | | | |
|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: |
| Appeal Status: | | Orgin Of Appeal: | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: |
| Disposition Date of Appeal: | | Disposition Type Of Appeal: | | |

#### Administrative Information

| | | | | |
|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: |
| Number of Subponeas: | | Last Update: | **07/08/2024** | Updated By: | **AJA** |

### Parties

#### Party 1 - Plaintiff INDIVIDUAL - WILLIAMS TONECHAE

##### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **C001-Plaintiff** | Name: | **WILLIAMS TONECHAE** | Type: | **I-INDIVIDUAL** |
| Index: | **D WKW NORTH AM** | Alt Name: | | Hardship: **No** | JID: **PKS** |
| Address 1: | **C/O HEATHER LEONARD, PC** | | Phone: | **(205) 977-5421** | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Address 2: | **2105 DEVEREUX CIR STE 111** | | | | | | |
| City: | **BIRMINGHAM** | State: | **AL** | | Zip: | **35243-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | | Sex: | **F** | Race: |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | | Court Action Date: |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: |
| Comment: | | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: |

## Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Notice of No Answer: |
| Answer: | Answer Type: | Notice of No Service: | Served by: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | NEW018 | | LEONARD HEATHER NEWSOM | HEATHER@ HEATHERLEONARDPC.COM | (205) 977-5421 |

### Party 2 - Defendant BUSINESS - WKW NORTH AMERICA, LLC

## Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | **D001-Defendant** | Name: | **WKW NORTH AMERICA, LLC** | | | Type: | **B-BUSINESS** |
| Index: | **C WILLIAMS TON** | Alt Name: | | Hardship: | **No** | JID: | **PKS** |
| Address 1: | **C/O CT CORPORATION** | | | Phone: | **(205) 000-0000** | | |
| Address 2: | **2 NORTH JACKSON STREET** | | | | | | |
| City: | **MONTGOMERY** | State: | **AL** | | Zip: | **36104-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | | Sex: | | Race: |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | | Court Action Date: |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: |
| Comment: | | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: |

## Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | **07/08/2024** | Issued Type: | **A-PROCESS SERVER** | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | **07/10/2024** | Service Type | **A-AUTHORIZED SERVICE** | Service On: | Notice of No Answer: |
| Answer: | | Answer Type: | | Notice of No Service: | Served by: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Financial

#### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|------------|-----------|----------|-------|-------|------------|-------------|---------|-------------|---------------|
| ACTIVE | N | CONV | C001 | 000 | $17.84 | $17.84 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $301.00 | $301.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $463.84 | $463.84 | $0.00 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|------------------|-------------|---------------------|-------------------|----------------|--------|------------|----------|------------|-----------|--------|----------|----------|
| 07/09/2024 | CREDIT | CONV | 2024195 | 24305600 | $17.84 | C001 | 000 | | N | | | ANM |
| 07/09/2024 | RECEIPT | CV05 | 2024195 | 24305700 | $301.00 | C001 | 000 | | N | | | ANM |
| 07/09/2024 | RECEIPT | JDMD | 2024195 | 24305800 | $100.00 | C001 | 000 | | N | | | ANM |
| 07/09/2024 | RECEIPT | VADM | 2024195 | 24305900 | $45.00 | C001 | 000 | | N | | | ANM |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|-------|------|------|----------|----------|
| 7/8/2024 | 12:19 PM | FILE | FILED THIS DATE: 07/08/2024          (AV01) | AJA |
| 7/8/2024 | 12:19 PM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | AJA |
| 7/8/2024 | 12:19 PM | ASSJ | ASSIGNED TO JUDGE: PHIL SEAY          (AV01) | AJA |
| 7/8/2024 | 12:19 PM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 7/8/2024 | 12:19 PM | TDMJ | JURY TRIAL REQUESTED          (AV01) | AJA |
| 7/8/2024 | 12:19 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | AJA |
| 7/8/2024 | 12:19 PM | ORIG | ORIGIN: INITIAL FILING          (AV01) | AJA |
| 7/8/2024 | 12:19 PM | C001 | C001 PARTY ADDED: WILLIAMS TONECHAE          (AV02) | AJA |
| 7/8/2024 | 12:19 PM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 7/8/2024 | 12:19 PM | C001 | LISTED AS ATTORNEY FOR C001: LEONARD HEATHER NEWS | AJA |
| 7/8/2024 | 12:19 PM | C001 | C001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 7/8/2024 | 12:19 PM | D001 | D001 PARTY ADDED: WKW NORTH AMERICA, LLC   (AV02) | AJA |
| 7/8/2024 | 12:19 PM | D001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 7/8/2024 | 12:19 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE          (AV02) | AJA |
| 7/8/2024 | 12:19 PM | D001 | PROCESS SERVE ISSUED: 07/08/2024 TO D001   (AV02) | AJA |
| 7/8/2024 | 12:19 PM | D001 | D001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 7/8/2024 | 12:19 PM | ECOMP | COMPLAINT E-FILED. | NEW018 |
| 7/16/2024 | 12:11 PM | EMISC | RETURN ON SERVICE - SERVED E-FILED | NEW018 |
| 7/16/2024 | 1:38 PM | D001 | SERVICE OF AUTHORIZED ON 07/10/2024 FOR D001(AV02) | LIE |

## Images

| Date: | Doc# | Title | Description | Pages |
|-------|------|-------|-------------|-------|
| 7/8/2024 12:19:20 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 7/8/2024 12:19:21 PM | 2 | COMPLAINT | | 14 |
| 7/8/2024 12:19:59 PM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 7/8/2024 12:20:00 PM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 7/16/2024 12:11:18 PM | 5 | RETURN ON SERVICE - SERVED | Service of Summons on Defendant WKW North America, LLC | 1 |
| 7/16/2024 12:11:29 PM | 6 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |

 **END OF THE REPORT**

ELECTRONICALLY FILED
7/8/2024 12:19 PM
75-CV-2024-900165.00
CIRCUIT COURT OF
ST. CLAIR COUNTY, ALABAMA
KATHRYN BURKE, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>75<br><br>Date of Filing:<br>07/08/2024 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF ST. CLAIR COUNTY, ALABAMA
### TONECHAE WILLIAMS v. WKW NORTH AMERICA, LLC

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other     **First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING     A ☐ APPEAL FROM DISTRICT COURT     O ☐ OTHER
R ☐ REMANDED     T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO     **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
NEW018     7/8/2024 12:19:19 PM     /s/ HEATHER NEWSOM LEONARD
_____ Date     Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

ELECTRONICALLY FILED
7/8/2024 12:19 PM
75-CV-2024-900165.00
CIRCUIT COURT OF
ST. CLAIR COUNTY, ALABAMA
KATHRYN BURKE, CLERK

# IN THE CIRCUIT COURT OF ST. CLAIR COUNTY, ALABAMA

| | |
|---|---|
| TONECHAE WILLIAMS, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   CIVIL ACTION CASE NUMBER: |
| v. | ) |
| | ) |
| WKW NORTH AMERICA, LLC, | ) |
| | )   PLAINTIFF DEMANDS A TRIAL |
|     Defendant. | )   BY STRUCK JURY |

## COMPLAINT

## <u>JURISDICTION AND VENUE</u>

1.  This is an action in which the Plaintiff, Tonechae Williams, alleges that the Defendant, WKW North America, LLC, subjected her to tortious conduct by permitting one of its lead persons, Kenyatta O'Neal, to sexually harass her after other employees had complained to the Defendant about experiencing sexual harassment from him.

2.  Venue is proper because the Defendant employs the Plaintiff in St. Clair County, Alabama.

## PARTIES

3.      The Plaintiff, Tonechae Williams, is an adult resident of the State of
Alabama.

4.      The Defendant, WKW North America, LLC ("WKW"), is a domestic
limited liability company with its principal address at 103 Parkway East;
Pell City, AL 35125.

## FACTUAL BACKGROUND

5.      WKW manufactures aluminum trim and functional components as well as
roof railing systems.

6.      WKW hired Kenyatta O'Neal in October 2015.

7.      O'Neal originally worked as a team member in the Polishing Department.

8.      In February 2016, WKW made O'Neal a Team Leader in the Polishing
Department.

9.      The Polishing Department runs in three eight-hour shifts.

10.     First shift runs during the day.

11.     Second shift runs from the afternoon to evening.

12.     Third shift runs from the evening to morning.

13.     Each shift has a supervisor who reports to the Department Manager.

14.     Each shift has two to three Team Leaders who report to the Supervisor.

15.     Team Leaders assist managers in providing on-the-job training and

instruction to team members.

16. Team Leaders go from work cell to cell, checking the production numbers and making sure the right parts are at the cell.

17. Team Leaders help with the quality of production and ensure the workflow continues.

18. Team Leaders direct the work of team members.

19. Team Leaders monitor each machine hourly.

20. If a team member is not hitting his or her goals, the Team Leader reports the missed goal to a Supervisor or Manager.

21. WKW uses progressive discipline to document and correct employee misconduct.

22. The types of warnings include: (a) Level 1 – Documented Coaching, (b) Level 2 – Written Warning, (c) Level 3 – Decision Making Leave/Suspension; and (d) Level 4 – Termination.

23. On or about June 13, 2017, WKW issued O'Neal a Final Written warning for allowing employees to use their phone whiles working on the production floor and for leaking confidential information from the manager to employees.

24. On or around October 5, 2018, female team members in the Polish Department who worked under O'Neal complained to WKW's Human

Resources Department about O'Neal's inappropriate conduct toward them.

25.    The women accused O'Neal of grinding on their body parts, touching their necks, and making suggestive sexual comments.

26.    WKW did not terminate O'Neal for his behavior toward the female employees.

27.    WKW did not issue O'Neal a Level 3 – Decision Making Leave/Suspension for his behavior toward the female employees.

28.    WKW did not issue O'Neal a Level 2 – Written Warning for his behavior toward the female employees.

29.    WKW issued O'Neal a Level 1 – Documented Coaching for unprofessional behavior.

30.    The Level 1 - Documented Coaching advised O'Neal that unwelcome advances or comments can create a hostile work environment.

31.    Within a few months of issuing the Level 1-Documented Coaching to O'Neal for unprofessional behavior toward female team members, WKW made O'Neal an acting supervisor on the second shift.

32.    O'Neal worked as an acting supervisor for close to a year.

33.    O'Neal wanted to move from second shift to first shift.

34.    In order to move to first shift, O'Neal returned to a Team Leader role.

35.    O'Neal moved to the first shift in 2020.

36.   On the first shift, O'Neal made graphic sexual remarks to a female team member, Amananda Johnson or "AJ."

37.   AJ resigned her employment with WKW to escape O'Neal's conduct.

38.   It was common knowledge among the persons working in the polishing department that AJ resigned to escape O'Neal's sexual harassment.

39.   O'Neal was on leave for medical and bereavement reasons from September 2021 through January 2022.

40.   When O'Neal returned to work in February 2022, he reported to Manteze Estelle as a Supervisor and Dallase Baker as a Department Manager.

41.   O'Neal was a Team Lead over Sharon Twyman.

42.   Twyman complained to Baker and Estelle that O'Neal made sexual remarks to her.

43.   Twyman complained to Baker and Estelle that O'Neal touched her inappropriately.

44.   Baker and Estelle laughed off Twyman's complaints.

45.   In response to one of Twyman's complaints, Estelle said, "I don't want to hear this. I have noting to do with it."

46.   One of Twyman's co-workers, Shandreka Matthews, heard Estelle's comment and replied, "you have everything to do with it. You are a supervisor."

47.    O'Neal received annual performance evaluations while working for WKW.

48.    WKW's performance evaluations of O'Neal did not make any effort to correct his sexual behavior directed at female team members.

49.    Twyman told Baker that since WKW was not fixing the problem with O'Neal, she would be contacting a lawyer.

50.    WKW ended Twyman's assignment.

51.    On or about August 2, 2022, Twyman filed a Charge of Discrimination against WKW with the United States Equal Employment Opportunity Commission ("EEOC") alleging she experienced unlawful sexual harassment.

52.    WKW replaced Twyman with the Plaintiff, Tonechae Williams.

53.    O'Neal made unwanted and offensive sexual remarks and innuendos to Williams every time they worked together.

54.    O'Neal made graphic remarks to Williams about wanting to have sex with her.

55.    Williams told O'Neal to stop his conduct, but he did not.

56.    Williams tried to ignore O'Neal, but he continued.

57.    O'Neal directed offensive and unwanted sexual conduct toward Williams' female coworkers.

58.    It was common knowledge in the Polish Department that O'Neal made

sexual comments and remarks to female employees.

59. Williams reported O'Neal's conduct to other team leaders, but O'Neal's conduct continued.

60. Williams told Estelle and Baker about O'Neal's conduct.

61. Baker took Williams to Human Resources where she gave a statement.

62. Human Resources told Williams not to discuss her complaint on the floor, and that O'Neal was supposed to stop his conduct.

63. O'Neal did not stop his conduct toward Williams.

64. O'Neal continued making graphic sexual remarks to Williams.

65. One day, while Williams was writing her numbers on the board, O'Neal kissed her.

66. O'Neal's conduct frightened Williams.

67. Williams reported O'Neal again.

68. On or about September 26, 2022, WKW opened an investigation into whether O'Neal had sexually harassed Williams.

69. On or about October 14, 2022, WKW terminated O'Neal's employment for harassment.

## COUNT I
## ASSAULT AND BATTERY

70. Williams adopts and incorporates the facts set forth above.

71. WKW employed O'Neal as a Team Lead.

72.   WKW empowered O'Neal to have influence over Williams in the workplace.

73.   O'Neal threatened to touch and touched Williams.

74.   Williams found O'Neal's conduct to be offensive, threatening, and unwanted.

75.   Williams complained to WKW about O'Neal's conduct.

76.   Prior to Williams complaints about O'Neal, other female employees complained to WKW that O'Neal sexually harassed women at work, including touching.

77.   Despite WKW's actual and/or constructive knowledge of O'Neal's conduct, it did not take any steps to stop it.

78.   WKW authorized, participated in, and/or ratified O'Neal's actions because it put him in a position of influence over Williams and other female employees, it knew of O'Neal's conduct through complaints, it knew of O'Neal's conduct through observations of managers/supervisors, and it failed to take adequate steps to remedy O'Neal's conduct.

79.   WKW is responsible for O'Neal's tortious conduct which injured Williams.

WHEREFORE, PREMISES CONSIDERED, Williams requests this Court enter a judgment against WKW for assault and battery pursuant to an Order by which this Court:

a.  Awards compensatory damages to be determined by the trier of fact;

b.  Awards punitive damages to be determined by the trier of fact;

c.  Awards nominal damages to be determined by the trier of fact;

d.  Awards injunctive and equitable relief;

e.  Awards that relief which is fair, reasonable, and just;

f.  Awards costs.

## COUNT II
## INVASION OF PRIVACY

80.  Williams adopts and incorporates the facts set forth above.

81.  For purposes of context, Williams adopts and incorporates the facts set forth
     above.

82.  O'Neal's conduct toward Williams was an offensive or objectionable prying
     or intrusion into her private affairs or concerns.

83.  O'Neal's conduct arose out of his employment as a Team Leader with
     WKW.

84.  O'Neal's conduct occurred while he was acting as a Team Leader for WKW.

85.  WKW empowered O'Neal to act as a Team Leader on its behalf.

86.  O'Neal's acts toward Williams were committed while he was executing his
     duties as a Team Leader for WKW.

87.  WKW participated in, authorized, or ratified O'Neal's conduct when it
     permitted it to continue after multiple female employees complained to it

about O'Neal.

88.    WKW is liable for O'Neal's conduct toward Williams.

WHEREFORE, PREMISES CONSIDERED, Williams requests this Court

enter a judgment against WKW by which this Court:

    a.  Awards compensatory damages to be determined by the trier of fact;

    b.  Awards punitive damages to be determined by the trier of fact;

    c.  Awards nominal damages to be determined by the trier of fact;

    d.  Awards injunctive and equitable relief;

    e.  Awards that relief which is fair, reasonable, and just;

    a.  Awards costs against WKW

## COUNT III
## NEGLIGENT SUPERVISION, RETENTION, AND TRAINING

89.    Williams adopts and incorporates the facts set forth above.

90.    WKW owed Williams a duty of care to provide a reasonable safe, non-
hostile work environment.

91.    WKW employed O'Neal as a Team Lead.

92.    WKW empowered O'Neal to have influence over Williams in the
workplace.

93.    O'Neal subjected Williams to graphic sexual remarks and propositions
which offended and upset her.

94. O'Neal threatened to touch and touched Williams.

95. Williams found O'Neal's conduct to be offensive, threatening, and unwanted.

96. Prior to O'Neal's conduct toward Williams, female employees had complained to WKW about sexual harassment by O'Neal.

97. Williams also complained to WKW about O'Neal's conduct.

98. Despite WKW's actual and/or constructive knowledge of O'Neal's conduct, it did not take any steps to stop it until after Williams' second complaint.

99. WKW knew or should have known of O'Neal's tortious conduct toward Williams and others.

100. WKW negligently supervised, trained, and/or retained O'Neal.

WHEREFORE, PREMISES CONSIDERED, Williams requests this Court enter a judgment against WKW for negligence pursuant to an Order by which this Court:

    a. Awards compensatory damages to be determined by the trier of fact;

    b. Awards punitive damages to be determined by the trier of fact;

    c. Awards nominal damages to be determined by the trier of fact;

    d. Awards injunctive and equitable relief;

    e. Awards that relief which is fair, reasonable, and just;

    f. Awards costs.

## COUNT IV
## WANTON SUPERVISION, RETENTION, AND TRAINING

101.   Williams adopts and incorporates the facts set forth above.

102.   WKW employed O'Neal as a Team Lead.

103.   WKW empowered O'Neal to have influence over Williams in the workplace.

104.   O'Neal subjected Williams to tortious conduct.

105.   Williams found O'Neal's conduct to be offensive, threatening, and unwanted.

106.   Prior to O'Neal's conduct toward Williams, other female workers complained to WKW that O'Neal sexually harassed women at work.

107.   Williams complained to WKW about sexual harassment from O'Neal.

108.   Despite WKW's actual and/or constructive knowledge of O'Neal's conduct from 2018 through 2022, it did not take any steps to stop it until after Williams' second complaint.

109.   WKW knew or should have known of O'Neal's tortious conduct toward Williams and others.

110.   With a reckless or conscious disregard of Williams' rights and safety and knowledge that O'Neal's conduct would probably result in the assault and/or battery of Williams , WKW did not take any action to correct or prevent

O'Neal's conduct.

111.  WKW wantonly supervised, trained, and/or retained O'Neal.

WHEREFORE, PREMISES CONSIDERED, Williams  requests this Court

enter a judgment against WKW for wantonness pursuant to an Order by which this

Court:

    a.  Awards compensatory damages to be determined by the trier of fact;

    b.  Awards punitive damages to be determined by the trier of fact;

    c.  Awards nominal damages to be determined by the trier of fact;

    d.  Awards injunctive and equitable relief;

    e.  Awards that relief which is fair, reasonable, and just;

    f.  Awards costs.

**PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY.**

Respectfully submitted,

/s/ Heather Newsom Leonard
Heather Newsom Leonard
ATTORNEY FOR PLAINTIFF

OF COUNSEL:

HEATHER LEONARD, PC
2105 Devereux Circle, Suite 111
Birmingham, AL 35243
(205) 977-5421
Heather@HeatherLeonardPC.com

**SERVE THE DEFENDANT AT:**

WKW North America, LLC
c/o CT Corporation
2 North Jackston Street
Suite 605 Montgomery, AL 36104



AlaFile E-Notice

75-CV-2024-900165.00

To:   HEATHER NEWSOM LEONARD
        Heather@HeatherLeonardPC.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ST. CLAIR COUNTY, ALABAMA

TONECHAE WILLIAMS V. WKW NORTH AMERICA, LLC
75-CV-2024-900165.00

The following complaint was FILED on 7/8/2024 12:19:20 PM

Notice Date:      7/8/2024 12:19:20 PM

KATHRYN BURKE
CIRCUIT COURT CLERK
ST. CLAIR COUNTY, ALABAMA
1815 COGSWELL AVENUE, SUITE 217
PELL CITY, AL, 35125

205-338-2511



AlaFile E-Notice

75-CV-2024-900165.00

To:  WKW NORTH AMERICA, LLC
C/O CT CORPORATION
2 NORTH JACKSON STREET
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ST. CLAIR COUNTY, ALABAMA

TONECHAE WILLIAMS V. WKW NORTH AMERICA, LLC
75-CV-2024-900165.00

The following complaint was FILED on 7/8/2024 12:19:20 PM

Notice Date:      7/8/2024 12:19:20 PM

KATHRYN BURKE
CIRCUIT COURT CLERK
ST. CLAIR COUNTY, ALABAMA
1815 COGSWELL AVENUE, SUITE 217
PELL CITY, AL, 35125

205-338-2511

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | SUMMONS<br>**- CIVIL -** | **Court Case Number**<br>75-CV-2024-900165.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF ST. CLAIR COUNTY, ALABAMA
## TONECHAE WILLIAMS V. WKW NORTH AMERICA, LLC

**NOTICE TO:** WKW NORTH AMERICA, LLC, C/O CT CORPORATION 2 NORTH JACKSON STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), HEATHER NEWSOM LEONARD

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2105 Devereux Circle, BIRMINGHAM, AL 35243

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

## TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[x] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

_____
*[Name(s)]*

| 07/08/2024 | /s/ KATHRYN BURKE | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested.

_____
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

*Certified Mail*

[ ] Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

[ ] I certify that I personally delivered a copy of this Summons and the Complaint or other document to
_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*        *(Name of County)*        *(Date)*

Document left:

[ ] with above-named Defendant;

[ ] with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[ ] at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

[ ] I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*        *(Name of County)*        *(Date)*

[ ] the above-named Defendant;

[ ] an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[ ] As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

_____          _____          _____
*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____
*(Badge or Precinct Number of Sheriff or Constable)*          *(Server's Printed Name)*

_____          _____
*(Badge or Precinct Number of Sheriff or Constable)*          *(Telephone Number of Designated Process Server)*

ELECTRONICALLY FILED
7/16/2024 12:11 PM
75-CV-2024-900165.00
CIRCUIT COURT OF
ST. CLAIR COUNTY, ALABAMA
KATHRYN BURKE, CLERK

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Cou**<br>75-CV-2024-900165.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF ST. CLAIR COUNTY, ALABAMA
### TONECHAE WILLIAMS V. WKW NORTH AMERICA, LLC

**NOTICE TO:** WKW NORTH AMERICA, LLC, C/O CT CORPORATION 2 NORTH JACKSON STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
HEATHER NEWSOM LEONARD                                                         ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2105 Devereux Circle, BIRMINGHAM, AL 35243                     .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of
pursuant to the Alabama Rules of the Civil Procedure.                          _____
                                                                              *[Name(s)]*

| 07/08/2024 | /s/ KATHRYN BURKE | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.          _____
                                               *(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .
                                                                    *(Date)*

*Personal/Authorized*

☑ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
WKW North America LLC
C/O CT Corp · Alexis   in   Montgomery County, Alabama on  7/10/2024 @
Dunr-C Clerila Assi                                                   1:10 PM
*(First and Last Name of Person Served)*      *(Name of County)*          *(Date)*

Document left:

☐ with above-named Defendant;

☑ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some
person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:
*(First and Last Name of Person Served)*   *(Name of County)*          *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☑ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am
at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or
marriage to the party seeking service of process.

| SPS | | |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)*<br>Ervin VanSlambrouck 205-533-1210 |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | 6200 Whippoorwill Drive · Pinson AL 35126 |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | Server is not less than 19 years of age, is not a party,<br>and is not related within the 3rd degree by blood or<br>marriage to the party seeking service of process.<br>**Service Return Copy** |





AlaFile E-Notice

75-CV-2024-900165.00

To:   HEATHER NEWSOM LEONARD
      Heather@HeatherLeonardPC.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ST. CLAIR COUNTY, ALABAMA

TONECHAE WILLIAMS V. WKW NORTH AMERICA, LLC
75-CV-2024-900165.00

The following RETURN ON SERVICE - SERVED was FILED on 7/16/2024 12:11:14
PM

Notice Date:      7/16/2024 12:11:14 PM

KATHRYN BURKE
CIRCUIT COURT CLERK
ST. CLAIR COUNTY, ALABAMA
1815 COGSWELL AVENUE, SUITE 217
PELL CITY, AL, 35125

205-338-2511



AlaFile E-Notice

75-CV-2024-900165.00

To:   WKW NORTH AMERICA, LLC (PRO SE)
C/O CT CORPORATION
2 NORTH JACKSON STREET
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ST. CLAIR COUNTY, ALABAMA

TONECHAE WILLIAMS V. WKW NORTH AMERICA, LLC
75-CV-2024-900165.00

The following RETURN ON SERVICE - SERVED was FILED on 7/16/2024 12:11:14
PM

Notice Date:     7/16/2024 12:11:14 PM

KATHRYN BURKE
CIRCUIT COURT CLERK
ST. CLAIR COUNTY, ALABAMA
1815 COGSWELL AVENUE, SUITE 217
PELL CITY, AL, 35125

205-338-2511

AlaFile E-Notice

75-CV-2024-900165.00

To:   HEATHER NEWSOM LEONARD
      Heather@HeatherLeonardPC.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ST. CLAIR COUNTY, ALABAMA

TONECHAE WILLIAMS V. WKW NORTH AMERICA, LLC
75-CV-2024-900165.00

The following RETURN ON SERVICE - SERVED was FILED on 7/16/2024 12:11:14
PM

Notice Date:      7/16/2024 12:11:14 PM

KATHRYN BURKE
CIRCUIT COURT CLERK
ST. CLAIR COUNTY, ALABAMA
1815 COGSWELL AVENUE, SUITE 217
PELL CITY, AL, 35125

205-338-2511